IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES MICHAEL WEST, JR., #264345, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-CV-808-WHA |
| ) | |
| CHRISTOPHER GORDY, et al., ) | (wo) |
| ) | |
| Defendants. ) | |

## ORDER

This cause is before the court on the Recommendation of the Magistrate Judge entered on February 7, 2017 (Doc. #36). There being no timely objection to the Recommendation, and after review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The defendants' Motion for Summary Judgment is GRANTED.

2. Judgment is GRANTED in favor of the defendants.

3. This case is DISMISSED with prejudice.

4. No costs are taxed herein.

5. Final Judgment will be entered in accordance with this order.

DONE this 1st day of March, 2017.

　　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE